IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                              Criminal Action No.
                                                      21-00099-01-CR-W-BCW

LARRY D. BRADLEY,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| | Count One: | Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | Count Two: | Stealing a Firearm, in violation of 18 U.S.C. §924(l) |
| | Count Three: | Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2) |
| | Count Four: | Receiving a Firearm While Under Indictment, in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D) |

**TRIAL COUNSEL**:
    Government: Jeff McCarther & Sarah Rasalam
    Case Agent:   Detective Jeremy Wells - Kansas City, Missouri Police Department
    Defense:   Bob Kuchar

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
    Government: 8-9 with stipulations; 12 without stipulations
    Defense:   1 witness, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government:   80-100 exhibits
    Defense:   10 exhibits

**DEFENSES**:
    ( x )   defense of general denial
    (  )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial        ( ) Possibly for trial
    (   ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME**: **3 days**
    Government's case including jury selection: 2 ½ days
    Defense case: ½ day

**STIPULATIONS**:
    ( x )    not likely
    (   )    not appropriate
    (   )    likely as to:
        (   )    chain of custody
        (   )    chemist's reports
        (   )    prior felony conviction
        (   )    interstate nexus of firearm
        (   )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: April 18, 2022
Defense: April 18, 2022
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: April 18, 2022
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: April 18, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing May 2, 2022

**OTHER**:
    (   )    A _____-speaking interpreter is required.
    (   )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge